UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

MARCUS INGRAM, Individually,

    Plaintiff,

v.

KUZZINS BUFORD LLC
A Limited Liability Company
    Defendant.
_____/

Case No. 1:14-cv-03730-RWS

**ORDER**

THIS CAUSE came before the Court on the Joint Stipulation to Vacate the Clerk's Entry of Default, and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

The Clerk's Entry of Default entered on February 2, 2015, is VACATED.

DONE and ORDERED, this 24th day of Feb 2015.

_____
Honorable Richard W. Story

1